CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

TONY FORBERG (SBN: 172220)
tony@forberglaw.com
LAW OFFICES OF TONY FORBERG
16501 Ventura Boulevard, Suite 400
Encino, CA 91436
Telephone: (818) 484-7823
Facsimile: (888) 777-4030
Attorney for Defendants
Regal Cleaners LP and Juan Antonio Flores

MICHAEL A. TAITLEMAN (SBN: 156254)
mtaitelman@ftllp.com
BRIAN E. TURNAUER (SBN: 241768)
bturnauer@ftllp.com
FREEDMAN + TAITELMAN, LLP
1901 Avenue of Stars, Suite 500
Telephone: (310) 201- 0005
Facsimile: (310) 210- 0045
Attorneys for Defendant
881 Lapaz LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>881 LAPAZLLC, a California Limited Liability Company; REGAL CLEANERS, LP, a California Limited Partnership; JUAN ANTONIO FLORES; and Does 1-10,<br><br>    Defendants. | Case: 2:17-CV-00294-FMO-FFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 8/17/17          CENTER FOR DISABILITY ACCESS


By: __/s/Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff


Dated: 8/17/17          LAW OFFICES OF TONY FORBERG


By: __/s/Tony Forberg_____
    Tony Forberg
    Attorney for Defendants
    Regal Cleaners LP and Juan Antonio Flores

Dated: 8/17/17          FREEDMAN + TAITELMAN, LLP


By: __/s/Brian E. Turnauer_____
    Michael A. Taitleman
    Brian E. Turnauer
    Attorneys for Defendant
    881 Lapaz LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Tony Forberg and Brian E. Turnauer, counsel's for Regal Cleaners LP, Juan Antonio Flores and 881 Lapaz LLC, respectively, and that I have obtained Mr. Forberg's and Mr. Turnauer's authorization to affix their electronic signature to this document.

Dated: 8/17/17                CENTER FOR DISABILITY ACCESS

                              By: _/s/Phyl Grace_____
                                  Phyl Grace
                                  Attorneys for Plaintiff