# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 17-00294 FMO (FFMx)　　　　　　　　　Date October 4, 2017

Title: Shirley Lindsay v. 881 Lapaz LLC, et al.

Present: The Honorable FERNANDO M. OLGUIN, U.S. District Judge

| Vanessa Figueroa | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　　　　None Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 8/18/2017.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Stipulation at docket [31] is signed by all parties. Case should have been closed as of 8/18/17.

☐ Entered _____.

Initials of Preparer　　vdr